<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6858**

JOHN WILLIE MACK, JR.,

                Plaintiff - Appellant,

        v.

ANTHONY C. LIEBERT, Assistant Solicitor,

                Defendant - Appellee,

        and

J. ROGER POOLE, Public Defender,

                Defendant.


Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  David C. Norton, Chief District Judge.  (7:10-cv-02372-DCN)


Submitted:  August 25, 2011          Decided:  August 30, 2011


Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.


Affirmed by unpublished per curiam opinion.


John Willie Mack, Jr., Appellant Pro Se.  Edwin Calhoun Haskell, III, SMITH & HASKELL, Spartanburg, South Carolina, for Appellee.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Willie Mack, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm.  Mack v. Liebert, No. 7:10-cv-02372-DCN (D.S.C. June 16, 2011 & June 17, 2011).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED